**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **COLLEEN HYDER,** | ) | |
| **Administer ad Litem of the Estate of** | ) | |
| **Heather Schanuth,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:17-cv-00285** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Doc. No. 36), and "Plaintiff's First, Second & Third Motions for Partial Summary Judgment" (Doc. No. 81). For the reasons set forth in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Doc. No. 36) is **GRANTED,** in part, and **DENIED,** in part, and "Plaintiff's First, Second & Third Motions for Partial Summary Judgment" (Doc. No. 81) is **DENIED.**

Also for the reasons stated in the accompanying Memorandum, Defendant's Motion to Strike Rebuttal Expert Disclosures of Mark Winters, M.D. and Desiree Washburn, DNP, ACNP-BC, PCP-BC (Doc. No. 79), and Defendant's Motion to Strike "Plaintiff's First, Second & Third Motions for Partial Summary Judgment" (Doc. No. 90) are **DENIED.**

The parties' Joint Motion to Ascertain Status (Doc. No. 94) is **DENIED,** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE